1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   DAVID W. RIZK
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:  (510) 637-3500
6  Facsimile:   (510) 637-3507
   Email:       David_Rizk@fd.org

Counsel for Defendant Cerda-Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 18–359 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA PROCEEDING** |
| v. | |
| LUIS GERARDO CERDA-REYES, | |
| Defendant. | |

It is hereby stipulated, by and between the parties to this action, as follows:

1. That the change of plea proceeding currently scheduled for October 24, 2018 at 10:30 a.m. in San Francisco be continued to November 28, 2018 at 9:30 a.m. in Oakland; and,

2. That the continuance is reasonable and necessary to further pursue a potential resolution of this case, and to permit the defense to review audio tapes of immigration proceedings that were produced by the government on October 16, 2018; and,

3. That time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, between October 24, 2018, through November 28, 2018, for effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(B)(iv), as the

defense requires additional time to review aforementioned audio tapes and to discuss resolution; and, failure to grant the requested exclusion of time would deny the defendant the time for effective preparation of counsel and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

                              IT IS SO STIPULATED.

Dated: October 23, 2018

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S/
DAVID W. RIZK
Assistant Federal Public Defender

Dated: October 23, 2018

ALEX TSE
United States Attorney
Northern District of California

/S/
RAVI NARAYAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS GERARDO CERDA-REYES,<br><br>Defendant. | Case No.: CR 18–359 JD<br><br>[PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA PROCEEDING |

Pursuant to the parties' Stipulation, it is hereby ORDERED that the change of plea proceeding previously scheduled for October 24, 2018 at 10:30 a.m. is hereby continued to November 28, 2018 at 9:30 a.m. in Oakland. For good cause shown, pursuant to facts set forth in the parties' Stipulation, time is excluded for the period between October 24, 2018 through November 28, 2018, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 23, 2018



_____
HON. JAMES DONATO
United States District Judge