STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7356
    FAX: (415) 436-7234
    Andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 4:18-CR-00359-JD |
| Plaintiff, | STIPULATION TO CONTINUE AUGUST 30, 2021 STATUS CONFERENCE AND ORDER |
| v. | |
| LUIS GERARDO CERDA-REYES, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Andrew Paulson, and defendant Luis Gerardo Cerda-Reyes ("Defendant"), by and through his counsel of record, Daniel Blank, hereby stipulate as follows:

    1.    On July 22, 2021, Probation filed a Form 12 and the Court issued a no bail warrant for Defendant's arrest. On August 19, 2021, Probation filed an Amended Form 12. The Court took judicial of the additional charge and kept the previously issued warrant in place. Defendant made his initial appearance on the Amended Form 12 on August 19, 2021 before the Honorable Joseph C. Spero, Chief United States Magistrate Judge. At that initial appearance, Defendant was advised of the allegations in

STIPULATION TO CONTINUE STAT. CONF. AND ORDER
Case No. 4:18-cr-00359-JD

the Amended Form 12. At that time, a status regarding a preliminary revocation hearing and detention were set for August 25, 2021. Judge Spero also scheduled a status conference before this Court for August 30, 2021 at 10:30 a.m.

2. At the status conference on August 25, 2021, Defendant waived his right to a preliminary revocation hearing. Defendant also waived his right to contest detention, without prejudice. Defendant was ordered detained.

3. The government is in the process of obtaining information and documents regarding the conduct charged in the Amended Form 12, and anticipates producing discovery to Defendant in the near future. Additionally, the parties are engaged in discussions regarding potential resolution of this matter, and therefore request additional time to engage in additional negotiations. The parties believe that failure to grant the continuance would deny Defendant and his counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties are requesting a new status hearing date of September 20, 2021.

IT IS SO STIPULATED.

DATED: August 25, 2021  /s/ Andrew Paulson
ANDREW PAULSON
Assistant United States Attorney

DATED: August 25, 2021  /s/ Daniel Blank
DANIEL BLANK
Counsel for Defendant Luis Cerda-Reyes

STIPULATION TO CONTINUE STAT. CONF. AND ORDER Case No. 4:18-cr-00359-JD

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby continues the status hearing set for August 30, 2021 at 10:30 a.m. to September 20, 2021 at 10:30 a.m.

IT IS SO ORDERED.

DATED: _August 26, 2021

_____
HONORABLE JAMES DONATO
United States District Judge

STIPULATION TO CONTINUE STAT. CONF. AND [PROPOSED] ORDER
Case No. 4:18-cr-00359-JD