JODI LINKER
Federal Public Defender
Northern District of California
ANGELA M. HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:  Angela_Hansen@fd.org

Counsel for Defendant Cerda-Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 18–359 JD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER ADDING RELATED CASE TO CALENDAR FOR DISPOSITION |
| v. | |
| LUIS CERDA-REYES, | |
| Defendant. | |

Mr. Cerda-Reyes pleaded guilty to illegally reentering the United States in case number 21-CR-393 JD.  He is scheduled to appear for sentencing on May 2, 2022.  The above-captioned matter (18-CR-359 JD) is related to case number 21-CR-393 because Mr. Cerda-Reyes is alleged to have violated his supervised release by reentering the United States and for committing new law violations.  The parties request that this matter be added to the Court's May 2, 2022 calendar so that both cases can be resolved together on the same date.  The parties' plea agreement contemplates this matter being dismissed at the sentencing hearing.

The parties have conferred with the probation officers assigned to both cases and both officers are available on the requested date.  For these reasons, the parties stipulate and agree that the Court

should add this matter to the Court's May 2, 2022 calendar for disposition.

                                                          IT IS SO STIPULATED.

Dated:    April 14, 2022

                                                          JODI LINKER
                                                          Federal Public Defender
                                                          Northern District of California

                                                            /S/
                                                          ANGELA M. HANSEN
                                                          Assistant Federal Public Defender


Dated:    April 14, 2022

                                                          STEPHANIE HINDS
                                                          Acting United States Attorney
                                                          Northern District of California

                                                            /S/
                                                          ANDREW PAULSON
                                                          Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS CERDA-REYES,<br><br>Defendant. | Case No.: CR 18–359 JD<br><br>[PROPOSED] ORDER ADDING MATTER TO CALENDAR FOR DISPOSITION |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby sets this matter on May 2, 2022, at 10:30 a.m., for disposition.

IT IS SO ORDERED.

Dated:  April 21, 2022

_____
THE HONORABLE JAMES DONATO
United States District Judge

[PROPOSED] ORDER VACATING EVIDENTIARY HEARING
*CERDA-REYES*, CR 18–359 JD

1